# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ALAN K. KANGAS, Defendant. | PO-19-05035-GF-JTJ <br><br> VIOLATION: <br> FATF0010 <br> FATF000Y <br> Location Code: M9GF <br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $80 fine and $30 processing fee for violation FATF0010, and for good cause shown,

IT IS ORDERED that the $110 fine paid by the defendant is accepted as a full adjudication of violation FATF0010. IT IS ALSO ORDERED that violation number FATF000Y is DISMISSED.

IT IS FURTHER ORDERED that the initial appearance scheduled for March 7, 2019, is VACATED.

DATED this 4th day of March, 2019.

_____
John Johnston
United States Magistrate Judge